■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID HOLMAN, Also Known as SIR D, Appellant. [914 NYS2d 909]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 23, 1998 (*People v Holman*, 248 AD2d 637 [1998]), affirming a judgment of the County Court, Dutchess County, rendered March 6, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARMOND McCLOUD, Appellant. [913 NYS2d 584]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 2, 1998 (*People v McCloud*, 247 AD2d 409 [1998]), affirming a judgment of the Supreme Court, Queens County, rendered April 15, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Santucci, Leventhal and Roman, JJ., concur.